**Order entered August 11, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00431-CR

### JAMES COX, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-59110-T**

## ORDER

The Court **REINSTATES** the appeal.

On July 13, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On July 10, 2015, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the July 13, 2015 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     LANA MYERS
JUSTICE